# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RA INVESTMENT I, LLC, ET AL.   § | |
| § | |
| V.   § | CASE NO. 4:05CV363 |
| § | (Judge Schneider/Judge Bush) |
| SMITH & FRANK GROUP SERVICES, ET AL.   § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On December 5, 2005, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Plaintiffs' Motion to Remand be granted and that the above titled and numbered cause of action be remanded to the 296th District Court of Collin County, Texas.

Having received the report of the United States Magistrate Judge, and having made a *de novo* review of the objections filed by Defendants thereto, this Court is of the opinion that Defendants' objections are without merit and that the findings and conclusions of the Magistrate Judge are correct. The Court thus adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiffs' Motion to Remand is **GRANTED** and the above titled and numbered cause of action is **REMANDED** to the 296th District Court of Collin County, Texas.

**SIGNED this 3rd day of January, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE